**UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Reading International, Inc.,<br>*Petitioner*<br><br>v.<br><br>Surface Transportation Board,<br>*Respondent* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-1255 |

**NON-BINDING STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's Order dated November 13, 2025, Petitioner Reading International, Inc.[1] ("Reading") hereby submits the following non-binding statement of issues presented for review.

1. Whether Surface Transportation Board's ("STB") decision in concluding that Conrail's application to abandon its operating easement under Section 308 of the Northeast Rail Service Act of 1981 ("NERSA"), which the Interstate Commerce Commission ("ICC") approved by issuing a certificate of abandonment in 1983, constituted an abandonment of all the rail interests on the

[1] Reading International, Inc., through its subsidiary RCPA, LLC (formerly known as Reading Company), never abandoned and still owns the rail property at issue in Center City Philadelphia, Pennsylvania that formerly supported portions of the 9th Street Branch of the Philadelphia & Reading Railroad Company, which is the subject of the underlying action.

Viaduct Property, including but not limited to Reading's residual interest, arbitrary, capricious, an abuse of discretion, or otherwise contrary to law?

2. Whether the STB's disregard of relevant authority out of the United States District Court for the Eastern District of Pennsylvania that supports the STB's continued jurisdiction over the Viaduct property rendered its decision arbitrary, capricious, an abuse of discretion, or otherwise contrary to law?

3. Whether the STB erred as a matter of law in concluding that Reading had an obligation to pursue unspecified relief from the ICC or STB between 1983 and 2025 to preserve the residual rights it might have retained, despite longstanding precedent that railroads retain their rights and their obligation as carriers over any particular line unless and until the STB relieves the carrier of that obligation.

This is a preliminary list of issues that Reading may raise. Reading reserves its right to modify this statement of issues, as well as to raise these and other issues.

Dated: December 15, 2025

Respectfully submitted,

<u>/s/ Jennifer Bartlett</u>

John Voorhees (Circuit Bar No. 25808)
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Tel: (303) 572-6500
Fax: (303) 572-6540
voorheesj@gtlaw.com

Jennifer Bartlett (Circuit Bar No. 61328)
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel: (214) 665-3729
Fax: (214) 665-3601
***Attorneys for Reading International, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December 15, 2025

*/s/ Jennifer Bartlett*

Jennifer Bartlett
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel: (214) 665-3729
Fax: (214) 665-3601