United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-1268** **September Term, 2025**

**STB-FD 36768**

**Filed On: July 28, 2026** **[2185491]**

Eric Strohmeyer,

Petitioner

v.

Surface Transportation Board and United States of America,

Respondents

------------------------------

City of Philadelphia,
Intervenor

------------------------------

Consolidated with 25-1255

**O R D E R**

Upon consideration of respondents' unopposed joint motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondents' Brief in Response to Petitioner Strohmeyer's Brief | September 3, 2026 |
| Intervenor for Respondents' Brief in Response to Petitioner Strohmeyer's Brief | September 10, 2026 |
| Petitioner Strohmeyer's Reply Brief | October 1, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk